IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HILTON WORLDWIDE HOLDINGS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-2104-LMB-IDD |
| | ) | |
| SAM HIRBOD, FMT SJ HOLDINGS LLC, AND | ) | |
| EAGLE CANYON HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO MODIFY DISCOVERY PLAN**

PURSUANT TO Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rule 16(B), and for good cause shown, the parties jointly move for entry of an order modifying the date for completion of fact depositions as set forth in their *Amended Joint Discovery Plan* [Dkt. No. 37] and approved by the Court's *Rule 16(b) Scheduling Order* [Dkt. No. 38].  In support of this motion, the parties state as follows:

1.      This action was filed on November 19, 2025 [Dkt. No. 1].   After denying Defendants' motion to dismiss, the Court entered an initial scheduling order, setting the discovery cut-off as June 12, 2026 [Dkt. No. 33].  The Court also directed the parties to formulate a discovery plan and appear for a Rule 16(b) scheduling conference.

2.      Following their Rule 26(f) conference and after further direction from the Court, the parties jointly submitted an *Amended Joint Discovery Plan* on February 13, 2026 [Dkt. No. 37].  At that time, the parties contemplated sequencing discovery so that fact discovery would be substantially completed by mid-May, which would then facilitate conducting expert discovery (if any) after the full fact-discovery record had been made.  Therefore, in the *Amended Joint*

1

*Discovery Plan*, § III(h)(iv) (at 4), the parties set May 13, 2026, as the deadline for completing the depositions of fact witnesses.

3.    On February 17, 2026, the Court entered a *Rule 16(b) Scheduling Order* [Dkt. 38], approving the parties' *Amended Joint Discovery Plan* and stating that the discovery plan "shall control discovery to the extent of its application unless further modified by the Court." *Rule 16(b) Scheduling Order*, ¶ 5.  The parties now seek an order modifying the plan.

4.    The parties seek a short extension of the fact deposition deadline by approximately four weeks.  Good cause supports this extension.  Both parties are still producing documents.  A modest extension to the fact deposition deadline will thus enable fact depositions to occur after the completion of document productions, which will increase the efficiency of depositions.  Moreover, a limited extension of the deposition deadline will not require modifying other deadlines in the case, including the close of fact discovery.

5.    The parties respectfully submit that modifying the deadline for completion of fact depositions, and allowing them to be taken through the remainder of the discovery period as originally set by the Court, will facilitate the more orderly and efficient scheduling, preparation, and conducting of fact depositions

6.    Therefore, the parties now seek an order modifying the previously set deadline for completion of fact depositions, extending the deadline from May 13, 2026, to and including the discovery cut-off date as originally set by the Court, June 12, 2026.

WHEREFORE, the parties jointly move the Court to enter the attached proposed order modifying the deadline for completing fact depositions.

2

**JOINTLY SUBMITTED this <u>5th</u> day of May 2026:**

<u>/s/ Craig C. Reilly</u>
Craig C. Reilly VSB # 20942
429 N. St. Asaph Street
Alexandria, VA 22314
Telephone:  (703) 549-5354
Fax:  (703) 549-5355
Email:  craig.reilly@ccreillylaw.com

Andrew S. Tulumello (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
Email:  drew.tulumello@weil.com
Email:  chantale.fiebig@weil.com

*Counsel for Plaintiff*
*Hilton Worldwide Holdings Inc.*

<u>/s/ Joshua B. Pond</u>
Joshua B. Pond (VSB No. 68545)
Edward H. Williams II (VSB No. 88102)
John B. Williams III (*pro hac vice*)
jpond@orrick.com
edward.williams@orrick.com
jwilliams@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

**GERAGOS & GERAGOS, APC**
Mark Geragos (*pro hac vice*)
mark@geragos.com
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

Tina Glandian (*pro hac vice*)
tina@geragos.com
256 5th Avenue
New York, NY 10001
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

*Attorneys for Defendants Sam Hirbod, FMT SJ*
*Holdings LLC, and Eagle Canyon Holdings, LLC*

3