IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HILTON WORLDWIDE HOLDINGS INC.,  )
                                            )
    Plaintiff,                         )
v.                                     )     No. 1:25-cv-2104-LMB-IDD
                                            )
SAM HIRBOD, FMT SJ HOLDINGS LLC, AND  )
EAGLE CANYON HOLDINGS, LLC,       )
                                            )
    Defendants.                    )

**ORDER**

This matter is before the Court on the parties' Joint Motion to Modify Discovery Plan [Dkt. No. 43]. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. It is further

ORDERED that the parties may conduct fact discovery depositions through and including June 12, 2026, which is the overall discovery cut-off date.

ENTERED this 11th day of May 2026.

Alexandria, Virginia                              /s/

                                                  Ivan D. Davis
                                                  United States Magistrate Judge