## UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF VIRGINIA – ALEXANDRIA DIVISION

|  |  |
|---|---|
| HILTON WORLDWIDE HOLDINGS INC.,<br><br>          Plaintiff,<br><br> v.<br><br>SAM HIRBOD, FMT SJ HOLDINGS LLC, AND EAGLE CANYON HOLDINGS, LLC,<br><br>          Defendants. | Case No. 1:25-cv-02104 |

### PLAINTIFF HILTON WORLDWIDE HOLDINGS INC.'S
### MOTION FOR A PROTECTIVE ORDER

Pursuant to Federal Civil Rule 26(b)(1)(C)(iii) & (c)(1)(A), Plaintiff Hilton Worldwide Holdings Inc. ("Hilton") respectfully moves for entry of a protective order precluding Defendants from deposing Mr. Kevin Jacobs, Hilton's Chief Financial Officer. The grounds and reasons for granting this relief are stated with particularity in the accompanying brief. A proposed order is submitted herewith.

*I hereby certify that a good faith effort was made to resolve this motion, but that effort was unsuccessful.*

Dated: May 22, 2026

Respectfully submitted,

By: /s/ *Craig C. Reilly*

Craig C. Reilly
VSB # 20942
429 N. St. Asaph Street
Alexandria, VA 22314
Telephone: (703) 549-5354
Fax: (703) 549-5355
Email: craig.reilly@ccreillylaw.com

2

Andrew S. Tulumello (*pro hac vice forthcoming*)
Chantale Fiebig (*pro hac vice forthcoming*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
Email:  drew.tulumello@weil.com
Email:  chantale.fiebig@weil.com

*Counsel for Plaintiff*
*Hilton Worldwide Holdings Inc.*

2