IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HILTON WORLDWIDE HOLDINGS INC.,    )
                                   )
        Plaintiff,                 )
v.                                 )          No. 1:25-cv-2104-LMB-IDD
                                   )
SAM HIRBOD, FMT SJ HOLDINGS LLC, AND  )
EAGLE CANYON HOLDINGS, LLC,        )
                                   )
        Defendants.                )

**DEFENDANTS' UNOPPOSED MOTION TO APPEAR REMOTELY**

Defendants Sam Hirbod, FMT SJ Holdings LLC, and Eagle Canyon Holdings, LLC (collectively, "Defendants"), by and through undersigned counsel, respectfully move for leave for counsel to appear remotely at the hearing on Plaintiff's Motion for Protective Order (Doc. No. 49) scheduled for May 29, 2026 at 10:00 a.m. (the "Hearing"). In support thereof, Defendants state as follows:

Plaintiff noticed the Hearing on the afternoon of Friday, May 22, 2026 (Doc. No. 51), and on May 26, 2026 the Court set the Hearing for May 29 before Magistrate Judge Ivan D. Davis. Defendants' lead counsel are located out of state. Specifically, Mark Geragos, who resides in California, is scheduled to appear in another matter in Nevada on the date of the Hearing. In addition, Tina Glandian, who resides in New York, is currently pregnant and experiencing a high-risk pregnancy, making travel to attend the Hearing in person unduly difficult.

Defendants' local counsel will appear in person at the Hearing. Ms. Glandian respectfully requests leave to appear remotely by telephone or videoconference so that she may present oral argument on behalf of Defendants in opposition to Plaintiff's Motion. Counsel for Defendants met and conferred with counsel for Plaintiff regarding this request, and Plaintiff does not oppose the

requested relief. Permitting remote appearance by counsel will conserve the resources of the parties, avoid unnecessary hardship, and promote judicial economy without prejudicing any party.

WHEREFORE, Defendants respectfully request that the Court permit Ms. Glandian to appear remotely at the May 29, 2026 hearing, and for such other and further relief as the Court deems just and proper.

Dated: May 27, 2026

Respectfully submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

___*/s/ Daniel Bellovin*_____
Daniel Bellovin (VSB No. 87309)
Edward H. Williams II (VSB No. 88102)
John B. Williams III (*pro hac vice*)
dbellovin@orrick.com
edward.williams@orrick.com
jwilliams@orrick.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

**GERAGOS & GERAGOS, APC**

Mark Geragos (*pro hac vice*)
mark@geragos.com
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

Tina Glandian (*pro hac vice*)
tina@geragos.com
256 5th Avenue
New York, NY 10001
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
*Attorneys for Defendants Sam Hirbod,*

2

*FMT SJ Holdings LLC, and*
*Eagle Canyon Holdings, LLC*

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on May 27, 2026, I electronically filed the foregoing Defendants' Unopposed Motion to Appear Remotely using the CM/ECF system and served electronically on all registered users.


Dated: May 27, 2026                          ____*/s/ Daniel Bellovin*_____
                                             Daniel Bellovin (VSB No. 87309)
                                             dbellovin@orrick.com
                                             2100 Pennsylvania Avenue NW
                                             Washington, DC 20037
                                             Telephone: (202) 339-8400
                                             Facsimile: (202) 339-8500