IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| HILTON WORLDWIDE HOLDINGS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-2104-LMB-IDD |
| | ) | |
| SAM HIRBOD, FMT SJ HOLDINGS LLC, AND | ) | |
| EAGLE CANYON HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## **DEFENDANTS' NOTICE OF WAIVER OF HEARING**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7(E), Defendants Sam Hirbod,

FMT SJ Holdings LLC, and Eagle Canyon Holdings, LLC (collectively, "Defendants"), by and

through undersigned counsel, do not seek oral argument on their Unopposed Motion to Appear

Remotely.

Dated: May 27, 2026

Respectfully submitted,

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**

___*/s/ Daniel Bellovin*_____
Daniel Bellovin (VSB No. 87309)
Edward H. Williams II (VSB No. 88102)
John B. Williams III (*pro hac vice*)
dbellovin@orrick.com
edward.williams@orrick.com
jwilliams@orrick.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

**GERAGOS & GERAGOS, APC**

Mark Geragos (*pro hac vice*)
mark@geragos.com

644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

Tina Glandian (*pro hac vice*)
tina@geragos.com
256 5th Avenue
New York, NY 10001
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
*Attorneys for Defendants Sam Hirbod,*
*FMT SJ Holdings LLC, and*
*Eagle Canyon Holdings, LLC*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 27, 2026, I electronically filed the foregoing

Defendants' Notice of Waiver of Hearing using the CM/ECF system and served electronically on

all registered users.


Dated: May 27, 2026                      _____*/s/ Daniel Bellovin*_____
                                         Daniel Bellovin (VSB No. 87309)
                                         dbellovin@orrick.com
                                         2100 Pennsylvania Avenue NW
                                         Washington, DC 20037
                                         Telephone: (202) 339-8400
                                         Facsimile: (202) 339-8500