Date: <u>5/29/2026</u>                              Judge: <u>Ivan D. Davis</u>

                                                Reporter: <u>FTR</u>

Start:  <u>10:00 a.m.</u>
Finish: <u>10:37 a.m.</u>

Civil Action Number: 1:25-cv-2104

Hilton Worldwide Holdings Inc.         Andrew S. Tulumello

vs.

Sam Hirbod, et al                  Daniel Bellovin
                                   Tina Glandian (by telephone)

Appearance of Counsel.

Plaintiff's [49] Motion for Protective Order – Argued and Granted.

Order to follow.