# Exhibit 16

## ALLONGE TO MEZZANINE PROMISSORY NOTE

The Allonge is attached to and forms a part of that certain Amended and Restated Mezzanine Promissory Note, dated July 9, 2023, made by RDNWD, LLC, a Delaware limited liability company, to the order of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Assignor") in the original principal amount of $29,300,000, for the purpose annexing thereto the following endorsement:

Pay to the order of HILTON WORLDWIDE HOLDINGS INC., a Delaware corporation ("Assignee"), without any recourse or representation or warranty, express or implied, except as expressly set forth in the certain Assignment and Assumption Agreement, dated as of the date hereof, by and between Assignor and Assignee.

Dated:  June 21, 2024

[Signature page follows]

127211912v1

CONFIDENTIAL

HILTON_00001541

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**, a banking association chartered under the laws of the United States of America

By: _____

Name:

Title:      Jennifer Lewin
            Vice President

San Jose Hilton

CONFIDENTIAL

HILTON_00001542