# Exhibit 27

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**
383 Madison Avenue, 33rd Floor
New York, NY 10179

June 18, 2024

**VIA OVERNIGHT DELIVERY**

RDNWD LLC
EAGLE CANYON HOLDINGS LLC
SAM HIRBOD
c/o Eagle Canyon Capital, LLC
3223 Crow Canyon Place, Suite 300
San Ramon, CA 94583
Attention: Legal Department

Re:   **NOTICE OF DEFAULT**

Gentlemen:

The undersigned, JPMorgan Chase Bank, National Association, a banking association chartered under the laws of the United States of America ("Lender") is the Lender under a loan (the "Loan") made pursuant to that certain Mezzanine Loan Agreement dated as of November 8, 2021, by and between Lender and RDNWD LLC, a Delaware limited liability company ("Borrower"), as amended by that certain First Omnibus Amendment to and Reaffirmation of Mezzanine Loan Documents dated as of February 9, 2023, as further amended by that certain Second Omnibus Amendment to and Reaffirmation of Mezzanine Loan Documents dated as of June 9, 2023, as further amended by that certain Third Omnibus Amendment to and Reaffirmation of Mezzanine Loan Documents, dated as of July 9, 2023, and that certain Fourth Omnibus Amendment to and Reaffirmation of Mezzanine Loan Documents dated as of November 16, 2023 (as amended, the "Loan Agreement", together with all other documents and instruments executed or delivered in connection with the Loan, the "Loan Documents"). Capitalized terms used herein shall have the same meanings ascribed to them in the Loan Agreement.

Borrower is hereby notified that the following Events of Default under the Loan Agreement and Loan Documents have occurred:

1.   An Event of Default under Section 8.1(a)(i) of the Loan Agreement, as a result of the failure to pay the Monthly Debt Service Payment Amount as required under Section 2.3.2 by the Payment Date in June 2024.

USActive 60585139.2

CONFIDENTIAL                                                                                                   HILTON_00000202

2. An Event of Default under Section 8.1(a)(iii) of the Loan Agreement, as a result of the failure to keep Policies as required under Section 6.1(a) of the Loan Agreement in full force and effect.

3. An Event of Default under Section 8.1(a)(xv) of the Loan Agreement, as a result of the failure to obtain a Replacement Interest Rate Cap Agreement as required under Section 2.8.1(c) of the Loan Agreement.

4. An Event of Default under Section 8.1(a)(xix) of the Loan Agreement, as a result of the occurrence of each of the Mortgage Loan Defaults set forth in that certain default notice, dated June 10, 2024, from Brightspire Credit 1, LLC, as agent, to Mortgage Borrower, a copy of which is attached as Exhibit A hereto.

Upon an Event of Default, Lender has the right (without further demand or notice) to enforce all rights and remedies available to Lender under the Loan Agreement and other Loan Documents and under all applicable laws and in equity with respect to each and every Event of Default under the Loan Agreement and other Loan Documents, regardless of whether the same is specified herein, including, without limitation, the right declare the Obligations to be immediately due and payable. Lender hereby expressly reserves all of its rights, privileges, powers, claims and remedies under the Loan Agreement and the other Loan Documents, at law or in equity, whether now or hereafter existing, and whether in respect of the matters discussed herein or otherwise.

This letter is made without prejudice to or waiver of the rights or remedies of Lender under the Loan Documents, or any other right or remedy available to Lender at law or in equity. The acceptance of any payments by Lender shall not constitute a waiver of the rights or remedies of Lender under the Loan Documents, or any other right or remedy available to Lender at law or in equity. Should there be any discussions or communications among Borrower and Lender (or any other Person holding an interest in the Loan), or their respective representatives or counsel (including, without limitation, any servicer of the Loan), about the above matters, or should there be any delay in Lender exercising its rights and remedies under the Loan Documents, the same shall not cause a modification thereof, establish a custom or practice, or waive, limit or condition Lender's rights and remedies under the Loan Documents. Any agreement by Lender, including any agreement to forbear, modify the Loan Documents, or waive any rights or remedies, must be in writing and signed by an authorized representative of Lender; no oral or implied agreement of any kind will be recognized or enforceable.

This letter does not purport to describe all events or conditions relating to the Loan that may constitute Events of Default, and this letter has no bearing on, and in no way supersedes or affects, any prior or future default notices issued by Lender in connection with the Loan. Lender expressly reserves all of its rights and remedies under the Loan Documents and any other right or remedy available to Lender at law or in equity. Lender further expressly reserves its right to pursue any rights and remedies at any time as Lender may determine in its sole and absolute discretion, including, without limitation, the right to commence the exercise of any and all remedies against Borrower available under applicable law and equity, and the exercise of foreclosure and/or other remedies.

[Signature Page Follows]

CONFIDENTIAL HILTON_00000203

Very truly yours,

JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, a banking association chartered under the laws of the United States of America

By:_____

Name:

Title:

Jennifer R. Lewin
Vice President

cc:   Roscha Law, Inc.
3478 Buskirk Avenue, Suite 1000
Pleasant Hill, CA 94523
Attention: Nick Roscha, Esq.

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019
Attention: Patrick Potter, Esq.; Robert J. Grados, Esq.

Hilton Worldwide Holdings, Inc.
7930 Jones Branch Drive, Suite 1100
McLean, Virginia 22102
Attention: General Counsel

Dentons US LLP
2398 East Camelback Road, Suite 850
Phoenix, Arizona 85016
Attention: Christopher Lee

USActive 60585139.2

CONFIDENTIAL

HILTON_00000204

## EXHIBIT A

## Mortgage Loan Default Notice

USActive 60585139.2

CONFIDENTIAL

HILTON_00000205