IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

HILTON WORLDWIDE                     )
HOLDINGS INC.,                       )
                                     )
                Plaintiff,           )
                                     )
v.                                   )    Civil Action No. 1:25-cv-02104 LMB/IDD
                                     )
SAM HIRBOD, *et al.*,                )
                                     )
                Defendants.          )
_____      )

## ORDER

FOR REASONS stated from the bench and in accord with specific rulings and instructions

thereto, it is hereby

ORDERED that Plaintiff Hilton Worldwide Holdings Inc.'s Motion for a Protective Order

[Dkt. No. 49] is **GRANTED**.

ENTERED this 1st day of June 2026.

                                          _____/s/_____
                                          Ivan D. Davis
Alexandria, Virginia                      United States Magistrate Judge